MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2740
Fax No.: (212) 637-2702

**FILE COPY**

07 CV 6483

RECEIVED
JUL 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAX SHNETMAN,

       Plaintiff,

       v.

2100 WHITE PLAINS ROAD, LLC,
GALAXY MANAGEMENT, INC., "JOHN
DOE," and "JANE DOE, INC." (Said names
being fictitious it being the intention of
plaintiff to designate any and all owners of
2100 White Plains Road being sued herein,

       Defendants.

---

2100 WHITE PLAINS ROAD, LLC., and
GALAXY MANAGEMENT, INC.,

       Third-Party Plaintiffs,

       v.

UNITED STATES OF AMERICA,

       Third-Party Defendant.

---

NOTICE OF REMOVAL

07 Civ. _____

from the Supreme Court of the State of
New York, County of Bronx,
Index Nos. 18068/07 and 85952/07

    Third-Party Defendant, the United States of America ("United States"), by its attorney, MICHAEL J. GARCIA, United States Attorney for the Southern District of New York, hereby removes the above-captioned action to the United States District Court for the Southern District of

New York. The grounds for removal are as follows:

1. On or about May 11, 2004, Plaintiff Max Shnetman ("Plaintiff") filed a Summons Verified Complaint (Index No. 18068/2004) against Defendants 2100 White Plains Road, LLC and Galaxy Management, Inc. (collectively, the "Defendants/Third-Party Plaintiffs"), as well as certain unnamed defendants, in the Supreme Court of New York, Bronx County. A true and correct copy of the Summons and Verified Complaint is attached hereto as Exhibit 1, Tab C (Complaint).

2. On or about May 17, 2007, the Defendants/Third-Party Plaintiffs, filed a Third-Party Complaint against the United States of America, seeking to recover damages caused by the alleged negligence of the United States and suing the United States under the Federal Tort Claims Act ("FTCA"). A true and correct copy of the Third-Party Complaint is attached hereto as Exhibit 1, Tab D.

3. Pursuant to 28 U.S.C. § 1442(a), this action is being properly removed from the Bronx County State Court. 28 U.S.C. § 1442(a)(1) provides, in pertinent part, that a civil action commenced in State court against the United States or any agency thereof "may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending." *See* 28 U.S.C. § 1442(a)(1).

4. The submission of this notice of removal is solely for the special purpose of removing this action to the appropriate federal court and is not a general appearance by the United States. This Office makes a limited appearance on behalf of the United States solely for the purpose of removal of this action. This submission does not constitute a waiver of any defense available to the United States, including any defense under Rule 12 of the Federal Rules of Civil Procedure.

Dated: New York, New York
July 17, 2007

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

By: CAROLINA A. FORNOS
     Assistant United States Attorney
     86 Chambers Street
     New York, New York 10007
     Tel.: (212) 637-2740
     Fax: (212) 637-2702

TO: Rik Rachman, Esq.
LAW OFFICE OF THOMAS K. MOORE
701 Westchester Avenue, Suite 101W
White Plains, NY 10604
*Counsel for Defendants/Third-Party Plaintiffs 2100 White Plains Road, LLC and Galaxy Management, Inc.*

Fred T. Santucci, Jr., Esq.
KLEIN CALDERON & SANTUCCI, LLP
744 Lydig Avenue
Bronx, NY 10462
*Attorney for Plaintiff Max Shnetman*