Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF BRONX

------------------------------------------X

MAX SHNETMAN,

                    Plaintiff(s),


                    -against-

2100 WHITE PLAINS ROAD, LLC, GALAXY

MANAGEMENT, INC."JOHN DOE", and JANE DOE,

INC." (Said names being fictitious, it being

the intention of plaintiff to designate any

and all owners of 2100 White Plains Road

being sued herein),

                    Defendant(s),

------------------------------------------X

                    744 Lydig Avenue

                    Bronx, N.Y.  10469


                    February 28, 2006

                    10:35 a.m.



          EXAMINATION BEFORE TRIAL of

the Plaintiff, MAX SHNETMAN, taken by the

respective parties, pursuant to Court Order,

before MELINDA MCCREA, a Notary Public for and

within the State of New York.

A P P E A R A N C E S:


KLEIN CALDERONI & SANTUCCI, LLP
      Attorneys for the Plaintiff
      MAX SHNETMAN
      1614 Williamsbridge Road
      Bronx, New York  10461
      (718) 319-1400


BY: THOMAS SANTUCCI, ESQ.


LAW OFFICE OF PATRICK COLLIGAN
      Attorneys for the Defendant
      2100 WHITE PLAINS ROAD, LLC, GALAXY
      MANAGEMENT, INC.,"JOHN DOE", and
      JANE DOE, INC." (Said names being
      fictitious, it being the intention of
      plaintiff to designate any and all
      owners of 2100 White Plains Road
      being sued herein),
      701 Westchester Avenue - Suite 101W
      White Plains, New York  10604
      (914) 285-8500


BY: HOWARD CODD, ESQ.


ALSO PRESENT:
      GEORGE TSILOGIANNIS

1

2                          S T I P U L A T I O N S

3

4

5

6              IT IS HEREBY STIPULATED AND AGREED

7    by and between the attorneys for the respective

8    parties hereto that all rights provided by the

9    C.P.L.R.,  including the right to object to any

10   question, except as to the form, or to move to

11   strike any testimony at this examination, are

12   reserved; and, in addition, the failure to

13   object to any question or to move to strike

14   testimony at this examination shall not be a

15   bar or waiver to make such motion at, and is

16   reserved for, the trial of this action.

17

18

19             IT IS FURTHER STIPULATED AND AGREED

20   that this examination may be sworn to, by the

21   witness being examined, before a Notary Public

22   other than the Notary Public before whom this

23   examination was begun, but the failure to do

24   so, or to return the original of this

25

1

2    examination to counsel, shall not be deemed

3    waiver of the rights provided by Rule 3116,

4    C.P.L.R., and shall be controlled thereby.

5

6

7              IT IS FURTHER STIPULATED AND AGREED

8    by and between the attorneys for the respective

9    parties hereto that a copy of this Examination

10   Before Trial shall be furnished without charge

11   to the attorneys representing the witness

12   testifying herein.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2    M A X   S H N E T M A N, having been first duly

3    sworn by a Notary Public for and within the

4    State of New York, was examined and testified

5    as follows:

6    EXAMINATION BY

7    MR. CODD:

8         Q.    Please state your name for the

9    record.

10        A.    Max Shnetman.

11        Q.    Where do you reside?

12        A.    2334 Boston Road, Bronx, New York

13   10467.

14             MR. CODD: Good morning Mr. Shnetman.

15        My name is Howard Codd and I represent the

16        defendant in this case.  I'm going to sit

17        here and ask you some questions about what

18        happened about the incident that's the

19        basis of this lawsuit. If any of my

20        questions are unclear, please you let me

21        know.

22             THE WITNESS: Okay.  What is your

23        first name.

24             MR. CODD: Howard.

25             THE WITNESS: You don't mind if I call

                    M. SHNETMAN

1
2      you Howard, you can call me Max.

3            MR. CODD: I'm call you Mr. Shnetman.

4            I'm going to assume you understand my

5      questions, if you don't tell me, okay.

6            THE WITNESS: Yes.

7            MR. CODD: I'm sorry, you can't answer

8      by nodding your head.  She cannot take

9      down a nod of the head, you have to say

10     words.

11           THE WITNESS: Okay.

12           Q.    Good morning, what is your date of

13     birth?

14           A.    3/26/29.

15           Q.    What is your social security number?

16           A.    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.

17           Q.    Are you married or single?

18           A.    Divorced.

19           Q.    How long have you been divorced?

20           A.    Since 1980.

21           Q.    What is your ex-wife's name?

22           A.    Sandra.

23           Q.    Shnetman?

24           A.    Yes.

25           Q.    Do you have any children?

M. SHNETMAN

2    A.    Yes.

3    Q.    How many?

4    A.    One.

5    Q.    Boy or girl?

6    A.    Boy.

7    Q.    How old?

8    A.    About 40 now.

9    Q.    Does he live with you?

10   A.    No.

11   Q.    You're presently retired, is that

12   right?

13   A.    Yes.

14   Q.    What did you do for a living?

15   A.    I started off as a teamsters and then

16   from there went to Local 2, Plumbing Union, and

17   from there I went into the hospital of Joint

18   Disease, then North General and I was

19   supervising and engineer maintenance.  Joint

20   Diseases I started until they moved and became

21   North General Hospital.

22   Q.    When did you retire from the North

23   General Hospital job?

24   A.    1997.

25   Q.    The address you gave 2334 Boston

M. SHNETMAN

Road, is that a house or an apartment building?

A.    Apartment building.

Q.    Did you live in an apartment?

A.    Yes.

Q.    What's the apartment number?

A.    19-O.

Q.    The letter O?

A.    Yes.

Q.    You rent that?

A.    Yes.

Q.    How long have you lived there?

A.    Since 1980.

Q.    This lawsuit arises out of an accident that happened in 2004, is that right?

A.    Right.

Q.    Do you remember the date?

A.    February 4th.

Q.    What time of day did the accident happened?

A.    Eight o'clock in the morning, a.m.

Q.    Where did this accident happen in general, did it happen on a sidewalk or in a street or somewhere else?

A.    On a sidewalk.

1                          M. SHNETMAN

2        Q.    Where on a sidewalk, in front of what

3    building?

4        A.    In front of the post office on Maran

5    Place.

6        Q.    Is that in the Bronx somewhere?

7        A.    Yes, it's in the Bronx.

8        Q.    Do you or your attorney have any

9    photographs of where the accident happened?

10       A.    Yes.

11       Q.    Do you have them with you?

12            MR. CODD: Counsel, are there

13       photographs of the scene of the accident.

14            MR. SANTUCCI: It might be where they

15       produced.

16            MR. CODD: They might be?

17       Q.    Maran place is spelled?

18       A.    M-A-R-I-A-N.

19            MR. SANTUCCI: Off the record.

20            (DISCUSSION IS HELD OFF THE RECORD.)

21            MR. CODD: Please mark these for

22       identification.

23            (Plaintiff's Exhibit 1, a Photograph,

24       was marked for identification as of this

25       date by the Reporter.)

<pre>
 1                         M. SHNETMAN

 2              (Plaintiff's Exhibit 2, a Photograph,

 3         was marked for identification as of this

 4         date by the Reporter.)

 5              (Plaintiff's Exhibit 3, a Photograph,

 6         was marked for identification as of this

 7         date by the Reporter.)

 8         Q.    Your attorney has handed you three

 9    photographs which we marked Plaintiff's No. 1,

10    2 and 3, for indication this date.  I'm going

11    to ask that you look at these three photographs

12    and tell me if you recognize what they show?

13         A.    Yes, I recognize all three of them.

14         Q.    You know who took these photograph?

15         A.    Mr. Santucci and myself.  Well, I

16    went with him, he went with me.

17         Q.    When after the accident did you go

18    take those photographs?

19         A.    Two days afterwards.

20         Q.    When this accident happened, where

21    were you coming from?

22         A.    I had my car, I parked my car on

23    White Plains Road.

24         Q.    Had you driven from home?

25         A.    Yes.
</pre>

1                    M. SHNETMAN

2         Q.    Where were you planning to go to?

3         A.    After I was going to deliver an

4    envelope into the post office I was going out

5    to Long Island to my son.

6         Q.    So you left home that morning in your

7    car?

8         A.    Yes.

9         Q.    How far is this post office from

10   where you lived?

11        A.    How far, let's see, one mile, about a

12   mile and a half.

13        Q.    And you said you parked your car on

14   White Plains Road?

15        A.    Right, across the street from the

16   post office.

17        Q.    You parked your car on White Plains

18   Road across the street from the post office?

19        A.    Yes.

20        Q.    Is this post office on the corner of

21   Marian Place and White Plains Road?

22        A.    Yes.

23        Q.    Was your intention to deliver a

24   letter to the post office?

25        A.    A letter into the box.

                              M. SHNETMAN

1

2        Q.    Into the mailbox.  Is that the mail

3    box that depicted on Plaintiff's No. 3 for

4    identification?

5        A.    Yes, that's it.

6        Q.    That was your immediate destination

7    at which point you were going back to your car

8    and drive back to Long Island?

9        A.    To my son, right.

10        Q.    Before this accident happened, did

11    you reach the box and put the letter in?

12        A.    No.

13        Q.    You were on your way to the box when

14    you fell?

15        A.    Yes.

16              MR. CODD: Off the record.

17              (DISCUSSION IS HELD OFF THE RECORD.)

18        Q.    Mr. Shnetman, looking at Plaintiff's

19    No. 3, does that show the mailbox you were

20    heading for.

21        A.    Yes.

22        Q.    The street that is going across

23    Plaintiff's No. 3, is that White Plains Road?

24              MR. SANTUCCI: Indicating left to

25        right?

1                     M. SHNETMAN

2          A.    Yes, underneath the train station.

3          Q.    The train track go over White Plains

4    Road, right?

5          A.    Yes.

6          Q.    And similar, the street that this

7    white van is parked on Plaintiff's No. 3, is

8    Marian Place?

9          A.    That's correct.

10         Q.    Was your car packed on the far side

11   of White Plains Road?

12         A.    It was on the right-hand side, it

13   would be across.  You see where the mailbox is

14   right there (indicating), it's on the opposite

15   side.  There's a CVS drug store over there.

16         Q.    Did you cross White Plains Road when

17   you accident happened?

18         A.    White Plains Road, no.  I crossed

19   White Plains, but it was Marian Place over

20   here.

21         Q.    When you had your accident, were you

22   crossing White Plains Road or had you placed

23   Marian Place?

24              MR. SANTUCCI: Objection to the form.

25         Q.    When you had your accident, the

1                    M. SHNETMAN

2    accident occurred on the sidewalk, is that

3    right?

4         A.    Correct.

5         Q.    Had you crossed Marian place or

6    crossed White Plains Road before the accident

7    happened; right before the accident happened?

8         A.    Marian Place.

9         Q.    If we look at again, looking at

10   Plaintiff's No. 3 for identification, you would

11   have gone from the right-hand side of this

12   picture to the left?

13        A.    Right.

14        Q.    And you arrived somewhere in the

15   vicinity to the mailbox?

16             MR. SANTUCCI: Objection to the form.

17        Q.    Looking at Plaintiff's No. 2 for

18   identification, does that show the place where

19   you had your fall?

20        A.    Yes.

21             MR. CODD: Counselor I don't know how

22             you feel about these things, would it be

23             possible to let your witness put a spot on

24             the photograph or perhaps we can make a

25             xerox of that.

1                         M. SHNETMAN

2            MR. SANTUCCI: If he just want to

3        point to the general area.

4            MR. CODD: The problem is somebody

5        reading that transcript later wouldn't

6        know.

7            MR. SANTUCCI: I think from the

8        deposition looking at all that

9        photographs--

10           MR. CODD: How about Plaintiff's

11       No. 1, can he put an X or circle where he

12       fell.

13           MR. SANTUCCI: Let's get his testimony

14       first.

15       Q.    I'm going to show you plaintiff No. 1

16   for identification, are you able to point to

17   the exact stop where you fell?

18           MR. CODD: Let the record reflect the

19       witness is pointing to a spot in the

20       middle of the photograph, but to the

21       right-hand side just to the right of it,

22       it looks like a piece of ice on the

23       sidewalk.

24           MR. SANTUCCI: It's an area that

25       appears to have red brick pavers at that

1                        M. SHNETMAN

2          location.

3          Q.   Now, we have some knowledge of where

4    he fell, can you make and X.

5               MR. SANTUCCI: These are the

6    originals, he described it.

7               MR. CODD: Off the record.

8               (DISCUSSION IS HELD OFF THE RECORD.)

9               MR. CODD: What I ask you to do for me

10         is make a copy of it so I can make a mark

11         on my copy. I'm going to let him point to

12         the copy and I can let him mark where he

13         fell.

14         Q.   Mr. Shnetman, your attorney has

15   kindly provided us with copies of the three

16   photographs and again I'm going to show you

17   Plaintiff's No. 2.  Plaintiff's No. 1, which is

18   the one you were pointing at and I'm making a

19   mark on my copy of Plaintiff's No. 1, the

20   circle I put on my copy of Plaintiff's No. 1,

21   is that where you pointed?

22         A.   To the left a little.

23              MR. SANTUCCI: If that's the case, let

24         him mark it.

25         Q.   Put a circle on plaintiff's No. 1.

1                    M. SHNETMAN

2   where you fell?

3        A.   (Marking).

4        Q.   So immediately before this happened

5   you crossed over Marian Place?

6        A.   Correct.

7        Q.   Then you started walking on the

8   sidewalk in front of the post office to get to

9   that mailbox?

10       A.   Correct.

11       Q.   What happened?

12       A.   As I was walking across all of a

13  sudden I went up and my leg went out under me

14  and I went forward.  I slipped and fell down on

15  my arm, I grabbed the sidewalk on my arm.

16       Q.   Which arm?

17       A.   My left arm.

18       Q.   So you put out your left arm as you

19  were falling?

20       A.   Right.

21       Q.   Did you end up falling flat forward,

22  how did you end up, did you fall all the way

23  down?

24       A.   Did I what?

25       Q.   Did you fall all the way down?

1                    M. SHNETMAN

2         A.    All the way down, yes, I landed on my

3    left arm.

4         Q.    Did you feel pain on any part of your

5    body?

6         A.    My arm at that time, no, I was a

7    little more or less  getting up from falling.

8         Q.    Do anybody see you fall?

9         A.    No.

10        Q.    Did anyone come to your assistance

11   when you fell?

12        A.    No.

13        Q.    Did you have anything in your hand?

14        A.    I had an envelope in my hand.

15        Q.    I know it was 8:00 in the morning,

16   did you have anything of an alcoholic nature to

17   drink at that time?

18        A.    No.

19        Q.    Had you had any sort of medication

20   that morning?

21        A.    Yes.

22        Q.    Tell me what kind?

23        A.    Well, I took Gleevac.

24        Q.    How do you spell that?

25        A.    G-L-E-E-V-A-C.

1                          M. SHNETMAN

2        Q.    What do you take that for?

3        A.    Leukemia.

4        Q.    Does that medication make you dizzy

5    or unstable in any way?

6        A.    No.

7        Q.    How long have you been suffering from

8    leukemia?

9        A.    Couple.

10       Q.    Couple of years?

11       A.    Yes.

12       Q.    After you fell, did you get back up

13   at some point.

14       A.    Yes.

15       Q.    Did you get yourself up?

16       A.    Yes.

17       Q.    Were you bleeding from any part of

18   your body?

19       A.    No.

20       Q.    Did you lose consciousness?

21       A.    No.

22       Q.    At some point did you find out what

23   it was that made your right leg go forward?

24       A.    Slipped.

25       Q.    And what did you slip on?

1                    M. SHNETMAN

2        A.    I slipped on the ice.

3        Q.    At any time before you slipped, did

4   you see the ice on the sidewalk?

5        A.    Not really, I think it was from

6   before.   It might have been covered up from

7   some snow.

8        Q.    Do you recall the last time that it

9   snowed before the day of your accident?

10       A.    No.

11       Q.    Had it snowed that day?

12       A.    No.

13       Q.    What was the weather like that day?

14       A.    At eight in the morning.

15       Q.    Yes?

16       A.    It was all right as far as I know.

17       Q.    Was it snowing or raining or anything

18   like that?

19       A.    No.

20       Q.    What were you wearing?

21       A.    What was I wearing?

22       Q.    Yes?

23       A.    I was wearing boots, dungarees, a

24   jacket, a hat.

25       Q.    What kind of boots?

1                              M. SHNETMAN

2        A.    They were rubber boots.

3        Q.    For snow?

4        A.    Yes.

5        Q.    I'm going to show you Plaintiff's

6   No. 1 and 2 again.  Again, look at the area

7   where you fell, does those two photographs show

8   the way the ice and snow looked on the date of

9   your accident?

10            MR. SANTUCCI: You understand that?

11       A.    This here wasn't like that it was

12  ice.

13       Q.    Your pointing at Plaintiff's No. 1?

14       A.    Here, you see the cement

15  (indicating).

16       Q.    The read bricks?

17       A.    Right, it wasn't like that.

18       Q.    How is that photograph different from

19  the way of your accident?

20       A.    It was all covered up.

21       Q.    Covered up with what?

22       A.    Snow, ice, I don't know.  I just

23  walked and that was it.

24       Q.    Was the whole area depicted in

25  Plaintiff's No. 1 covered with snow and ice or

M. SHNETMAN

2  could you see any of the red brick when you had

3  your fall?

4       A.    You didn't see any of the red brick.

5       Q.    You don't remember the last time it

6  snowed?

7       A.    No.

8       Q.    When you were walking on that

9  sidewalk that day right before you had your

10 accident, did it look like anybody shoveled it

11 or was it fresh snow?

12      A.    It was fresh, it didn't look like

13 anybody shoveled it.  I am referring to that

14 particular area.

15      Q.    I know.  Was the areas in the

16 vicinity look like it was shoveled?

17      A.    I can't answer that, I don't know.

18 I don't recall.

19      Q.    When you got up, what did you do

20 next?

21      A.    I got up, I started shaking and I

22 went over to the mailbox.  I threw the envelope

23 in and then I went back to my car.

24      Q.    What did you do next, did you drive

25 somewhere, what did you do after that, you got

1                              M. SHNETMAN

2      in your car, what did you do?

3           A.     Took off for Long Island.

4           Q.     Did you go to your son's house?

5           A.     Yes.

6           Q.     Were you feelings pain?

7           A.     Not too much.

8           Q.     Where do your son live?

9           A.     Ronkonkoma.

10          Q.     It was a two hour drive?

11          A.     I'd say an hour.

12          Q.     It was an hour drive?

13          A.     Depends.

14          Q.     And did you make it to your son's

15     house?

16          A.     Oh yes.

17          Q.     At some point did you feel that

18     something was wrong with your left arm?

19          A.     At that time it started to tingle a

20     little bit.

21          Q.     And you spend the day with your son?

22          A.     Yes.

23          Q.     Did you go home?

24          A.     No.

25          Q.     What did you do next?

M. SHNETMAN

1

2      A.   My hand and arm was killing me.

3      Q.   While you were at your son's house?

4      A.   Yes.

5      Q.   What did you do?

6      A.   My son was working that day and when

7  he came home my daughter-in-law told him daddy

8  hurt himself so he took me to the hospital. My

9  son took me to Stony Brook Hospital.

10     Q.   What did they do for you there?

11     A.   Stony Brook, the doctor looked at me,

12  looked at my arm and took me into the x-ray

13  room, two x-rays were taken of it, told me to

14  wait outside, outside where the waiting room

15  was, where my son was and they called me back

16  to the examining room and the doctor said,

17  "Mr. Shnetman, you fractured your arm" and

18  they put me in a cast.

19     Q.   You left the hospital that day in a

20  cast?

21     A.   Yes.

22     Q.   Did they give you any pain killers?

23     A.   Yes.

24     Q.   Do you remember what they gave you?

25     A.   No.

1                          M. SHNETMAN

2        Q.   How long did you take the

3   painkillers?

4        A.   Just for that night, that's all.

5        Q.   How long did you wear the cast?

6        A.   I wore it for about a week or so and

7   then I went to another doctor here in the

8   Bronx, if I recall.

9        Q.   Let's stay with the day of the

10  accident.  Did you spend the night at your

11  son's house?

12       A.   Yes.

13       Q.   Were you planning on spending the

14  night at your son's house?

15       A.   Yes.

16       Q.   Did you go home in pain?

17       A.   Yes.

18       Q.   The next day?

19       A.   Next day.

20       Q.   Did you drive yourself home?

21       A.   Yes.

22       Q.   You were able to do that with the

23  cast?

24       A.   Yes, I was able to, I was driving for

25  60 some odd years.

1                          M. SHNETMAN

2        Q.    A week later you went to another

3   doctor, is that right?

4        A.    Yes.

5        Q.    Who?

6        A.    Dr. K-O-D-I-L-E.

7        Q.    You mean Dr. Kolick?

8        A.    Yes.

9             MR. SANTUCCI:  K-U-L-I-C-K.

10       Q.    Who recommended you to Dr. Kulick?

11       A.    I don't know whether it was a friend

12   or my regular doctor.

13       Q.    Is doctor Kulick an orthopedist?

14       A.    Yes.

15       Q.    What did he do for you?

16       A.    He examined me and put me with the

17   x-ray and et cetera, et cetera, he said you

18   wear the cast for a little while longer then

19   when I went back a couple of weeks later he

20   took the cast off and put me in a different

21   type of--

22       Q.    Soft cast?

23       A.    Yes, a soft cast.

24       Q.    How long did you use the soft cast?

25       A.    I don't recall.

1                        M. SHNETMAN

2          Q.    A month or so less, more?

3          A.    About close to a month somewhere

4    around there.

5          Q.    Did you continue to see Dr. Kulick?

6          A.    Yes, after the cast and he said

7    that's it.

8          Q.    Did he tell you at some point to stop

9    wearing the soft cast?

10         A.    Yes.

11         Q.    Did he take it off?

12         A.    Yes, he took it off.

13         Q.    How many times did you see

14   Dr. Kulick, total?

15         A.    Three or four times.  Not that I

16   saw him personally.  I was told what to do,

17   go in take a x-ray.

18         Q.    You saw somebody in his office?

19         A.    Yes.

20         Q.    The last time you saw Dr. Kulick

21   would have been April or May of 2004?

22         A.    Somewhere around there.

23         Q.    Since then have you seen any other

24   doctors for the fractured arm?

25         A.    No.

```
 1                    M. SHNETMAN

 2        Q.    Have you been to any other hospital

 3   about the arm?

 4        A.    No.

 5        Q.    Did you injure any other part

 6   of your body in this fall other than your

 7   arm?

 8        A.    No.

 9        Q.    Did you ever have any physical

10   therapy for the arm?

11        A.    I do physical therapy now, but for

12   everything.

13        Q.    Your other conditions?

14        A.    Yes.

15        Q.    How does the arm feel now?

16        A.    It's all right.  Sometimes it gets a

17   little sore, in the cold it cramps up on me

18   sometime.

19        Q.    Are you taking anything for it,

20   Tylenol?

21        A.    Sometimes he gave me aspirin to take,

22   not Tylenol.

23        Q.    Who's he?

24        A.    Doctor Lattmake (phonetic) my regular

25   doctor.
```

1                    M. SHNETMAN

2        Q.   Have he ever done anything for your

3   arm?

4        A.   No.

5        Q.   Have you seen anybody else for your

6   arm?

7        A.   No.

8        Q.   I know you said it cramps up a

9   little, do you get aches once in awhile?

10       A.   Yes.

11       Q.   Does it prevent you from doing

12   anything?

13       A.   No, not really.

14       Q.   Do you still drive?

15       A.   Yes.

16       Q.   You drove here?

17       A.   Yes, if I didn't drive I might as

18   well jump off my terrace, if I didn't drive.

19       Q.   Are you out-of-pocket any money,

20   did it cost you any money you didn't

21   get reimbursed, you didn't shell out

22   cash?

23       A.   No.

24       Q.   Did you have to take any public

25   assistance from this job?

1                    M. SHNETMAN

2        A.    No.

3            MR. CODD: Thank you.  It was a

4        pleasure talking to you, sir.  I

5        appreciate it.

6            (TIME NOTED: 11:15 A.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      M.  SHNETMAN

2    A C K N O W L E D G E M E N T

3

4

5    STATE OF NEW YORK

6    COUNTY OF

7

8            I, MAX SHNETMAN, hereby certify that

9    I have read the transcript of my testimony

10   taken under oath in my deposition of February

11   28, 2006, that the transcript is a true and

12   complete and correct record of my testimony and

13   that the answers on the record as given by me

14   are true and correct.

15

16

                  ------------------------------

17                         MAX  SHNETMAN

18

     Signed and subscribed to

19   before me, this_____day

     of_____, 2004

20

21   ------------------------------------------

     Notary Public, State of New York

22

23

24

25

1                          M. SHNETMAN

2                             INDEX

3

4

WITNESS              EXAMINATION BY          FROM      TO

5

MAX SHNETMAN     MR. CODD                    5         30

6

7

8

9                          EXHIBITS

10   PLAINTIFF'S            PAGE              DESCRIPTION

11   1                      9                 Photograph

12   2                      10                Photograph

13   3                      10                Photograph

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    M. SHNETMAN
 2               C E R T I F I C A T E
 3    STATE OF NEW YORK        )
                         :  SS.:
 4    COUNTY OF NEW YORK       )

 5

 6

 7          I, MELINDA MCCREA, a Notary Public
 8    for and within the State of New York, do hereby
 9    certify:
10          That the witness whose examination is
11    hereinbefore set forth was duly sworn and that
12    such examination is a true record of the
13    testimony given by that witness.
14          I further certify that I am not
15    related to any of the parties to this action by
16    blood or by marriage and that I am in no way
17    interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19    set my hand this 27th day of March, 2006.
20
21                  Melinda mccrea
                    MELINDA MCCREA
22

23

24

25
```

**A**

ble 15:16 25:22,24
accident 8:15,19,22
  9:9,13 10:17,20
  12:10 13:17,21,25
  14:2,6,7 20:9 21:9
  21:19 22:10 25:10
aches 29:9
action 3:16 33:15
addition 3:12
address 7:25
AGREED 3:6,15
  4:7
alcoholic 18:16
answer 6:7 22:17
answers 31:13
anybody 18:8
  22:10,13 29:5
apartment 8:2,3,4
  8:6
appears 15:25
appreciate 30:5
April 27:21
area 15:3,24 21:6
  21:24 22:14
areas 22:15
arises 8:14
arm 17:15,15,16,17
  17:18 18:3,6
  23:18 24:2,12,17
  27:24 28:3,7,10
  28:15 29:3,6
arrived 14:14
aspirin 28:21
assistance 18:10
  29:25
assume 6:4
attorney 9:8 10:8
  16:14
attorneys 2:5,11
  3:7 4:8,11
Avenue 1:13 2:15
awhile 29:9
a.m 1:15 8:21 30:6

**B**

back 12:7,8 19:12
  22:23 24:15 26:19
bar 3:15
basis 5:19
begun 3:23
birth 6:13
bit 23:20
bleeding 19:17
blood 33:16
body 18:5 19:18
  28:6
boots 20:23,25 21:2
Boston 5:12 7:25
box 11:25 12:3,11
  12:13
Boy 7:5,6
brick 15:25 22:2,4
bricks 21:16
Bronx 1:2,13 2:7
  5:12 9:6,7 25:8
Brook 24:9,11
building 8:2,3 9:3

**C**

C 2:2 31:2 33:2,2
CALDERONI 2:5
call 5:25 6:2,3
called 24:15
car 10:22,22 11:7
  11:13,17 12:7
  13:10 22:23 23:2
case 5:16 16:23
cash 29:22
cast 24:18,20 25:5
  25:23 26:18,20,22
  26:23,24 27:6,9
cement 21:14
certify 31:8 33:9,14
cetera 26:17,17
charge 4:10
children 6:25
circle 15:11 16:20
  16:25
close 27:3
Codd 2:17 5:7,14
  5:15,24 6:3,7 9:12
  9:16,21 12:16

14:21 15:4,10,18
  16:7,9 30:3 32:5
cold 28:17
COLLIGAN 2:11
come 18:10
coming 10:21
complete 31:12
conditions 28:13
consciousness
  19:20
continue 27:5
controlled 4:4
copies 16:15
copy 4:9 16:10,11
  16:12,19,20
corner 11:20
correct 13:9 14:4
  17:6,10 31:12,14
cost 29:20
counsel 4:2 9:12
Counselor 14:21
COUNTY 1:2 31:6
  33:4
couple 19:9,10
  26:19
Court 1:2,20
covered 20:6 21:20
  21:21,25
cramps 28:17 29:8
cross 13:16
crossed 13:18 14:5
  14:6 17:5
crossing 13:22
CVS 13:15
C.P.L.R 3:9 4:4

**D**

D 31:2
daddy 24:7
date 6:12 8:17 9:25
  10:4,7,10 21:8
daughter-in-law
  24:7
day 8:19 20:9,11,13
  22:9 23:21 24:6
  24:19 25:9,18,19
  31:19 33:19

days 10:19
deemed 4:2
defendant 2:11
  5:16
Defendant(s) 1:12
deliver 11:3,23
Depends 23:13
depicted 12:3 21:24
deposition 15:8
  31:10
described 16:6
DESCRIPTION
  32:10
designate 1:9 2:14
destination 12:6
different 21:18
  26:20
DISCUSSION 9:20
  12:17 16:8
Disease 7:18
Diseases 7:20
divorced 6:18,19
dizzy 19:4
doctor 24:11,16
  25:7 26:3,12,13
  28:24,25
doctors 27:24
DOE 1:8,8 2:12,13
doing 29:11
Dr 26:6,7,10 27:5
  27:14,20
drink 18:17
drive 12:8 22:24
  23:10,12 25:20
  29:14,17,18
driven 10:24
driving 25:24
drove 29:16
drug 13:15
duly 5:2 33:11
dungarees 20:23

**E**

E 2:2,2 5:2 31:2,2,2
  33:2,2
eight 8:21 20:14
engineer 7:19

envelope 11:4
  18:14 22:22
ESQ 2:8,17
et 26:17,17
exact 15:17
examination 1:18
  3:11,14,20,23 4:2
  4:9 5:6 32:4
  33:10,12
examined 3:21 5:4
  26:16
examining 24:16
Exhibit 9:23 10:2,5
EXHIBITS 32:9
ex-wife's 6:21

**F**

F 33:2
failure 3:12,23
fall 14:19 17:22,25
  18:8 22:3 28:6
falling 17:19,21
  18:7
far 11:9,11 13:10
  20:16
February 1:14 8:18
  31:10
feel 14:22 18:4
  23:17 28:15
feelings 23:6
fell 12:14 15:12,17
  16:4,13 17:2,14
  18:11 19:12 21:7
fictitious 1:9 2:13
find 19:22
first 5:2,23 15:14
flat 17:21
follows 5:5
form 3:10 13:24
  14:16
forth 33:11
forward 17:14,21
  19:23
four 27:15
fractured 24:17
  27:24
fresh 22:11,12

**friend** 26:11
**front** 9:2,4 17:8
**furnished** 4:10
**further** 3:19 4:7
  33:14

---

**G**

**G** 31:2
**GALAXY** 1:8 2:12
**general** 7:18,21,23
  8:23 15:3
**GEORGE** 2:20
**getting** 18:7
**girl** 7:5
**give** 24:22
**given** 31:13 33:13
**Gleevac** 18:23
**go** 10:17 11:2 13:3
  19:23 23:4,23
  25:16 27:17
**going** 5:16 6:4
  10:10 11:3,4 12:7
  12:22 15:15 16:11
  16:16 21:5
**good** 5:14 6:12
**grabbed** 17:15
**G-L-E-E-V-A-C**
  18:25

---

**H**

**H** 5:2
**half** 11:12
**hand** 18:13,14 24:2
  33:19
**handed** 10:8
**happen** 8:22,23
**happened** 5:18
  8:15,20 9:9 10:20
  12:10 13:17 14:7
  14:7 17:4,11
**hat** 20:24
**head** 6:8,9
**heading** 12:20
**HELD** 9:20 12:17
  16:8
**hereinbefore** 33:11
**hereto** 3:8 4:9

**hereunto** 33:18
**home** 10:24 11:6
  23:23 24:7 25:16
  25:20
**hospital** 7:17,21,23
  24:8,9,19 28:2
**hour** 23:10,11,12
**house** 8:2 23:4,15
  24:3 25:11,14
**Howard** 2:17 5:15
  5:24 6:2
**hurt** 24:8

---

**I**

**ice** 15:22 20:2,4
  21:8,12,22,25
**identification** 9:22
  9:24 10:3,6 12:4
  14:10,18 15:16
**immediate** 12:6
**immediately** 17:4
**incident** 5:18
**including** 3:9
**INDEX** 32:2
**indicating** 12:24
  13:14 21:15
**indication** 10:10
**injure** 28:5
**intention** 1:9 2:13
  11:23
**interested** 33:17
**Island** 11:5 12:8
  23:3

---

**J**

**jacket** 20:24
**JANE** 1:8 2:13
**job** 7:23 29:25
**JOHN** 1:8 2:12
**Joint** 7:17,19
**jump** 29:18

---

**K**

**K** 31:2
**killers** 24:22
**killing** 24:2
**kind** 18:22 20:25

**kindly** 16:15
**KLEIN** 2:5
**know** 5:21 10:14
  14:21 15:6 18:15
  20:16 21:22 22:15
  22:17 26:11 29:8
**knowledge** 16:3
**Kolick** 26:7
**Kulick** 26:10,13
  27:5,14,20
**K-O-D-I-L-E** 26:6
**K-U-L-I-C-K** 26:9

---

**L**

**L** 3:2 31:2
**landed** 18:2
**Lattmake** 28:24
**LAW** 2:11
**lawsuit** 5:19 8:14
**left** 11:6 12:24
  14:12 16:22 17:17
  17:18 18:3 23:18
  24:19
**leg** 17:13 19:23
**letter** 8:8 11:24,25
  12:11
**let's** 11:11 15:13
  25:9
**leukemia** 19:3,8
**little** 16:22 18:7
  23:20 26:18 28:17
  29:9
**live** 7:9 8:4 23:8
**lived** 8:12 11:10
**living** 7:14
**LLC** 1:8 2:12
**LLP** 2:5
**Local** 7:16
**location** 16:2
**long** 6:19 8:12 11:5
  12:8 19:7 23:3
  25:2,5 26:24
**longer** 26:18
**look** 10:11 14:9
  21:6 22:10,12,16
**looked** 21:8 24:11
  24:12

**looking** 12:18 14:9
  14:17 15:8
**looks** 15:22
**lose** 19:20
**Lydig** 1:13

---

**M**

**M** 5:2,2 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1,2 32:1
  33:1
**mail** 12:2
**mailbox** 12:2,19
  13:13 14:15 17:9
  22:22
**maintenance** 7:19
**making** 16:18
**MANAGEMENT**
  1:8 2:12
**Maran** 9:4,17
**March** 33:19
**Marian** 11:21 13:8
  13:19,23 14:5,8
  17:5
**mark** 9:21 16:10,12
  16:19,24
**marked** 9:24 10:3,6
  10:9
**Marking** 17:3
**marriage** 33:16
**married** 6:17
**matter** 33:17
**Max** 1:3,19 2:6
  5:10 6:2 31:8,17
  32:5
**MCCREA** 1:21
  33:7,21
**mean** 26:7
**medication** 18:19
  19:4
**MELINDA** 1:21

33:7,21
**middle** 15:20
**mile** 11:11,12
**mind** 5:25
**money** 29:19,20
**month** 27:2,3
**morning** 5:14 6:12
  8:21 11:6 18:15
  18:20 20:14
**motion** 3:15
**move** 3:10,13
**moved** 7:20
**M-A-R-I-A-N** 9:18

---

**N**

**N** 2:2 3:2 5:2,2 31:2
  31:2
**name** 5:8,15,23
  6:21
**names** 1:9 2:13
**nature** 18:16
**New** 1:2,22 2:7,16
  5:4,12 31:5,21
  33:3,4,8
**night** 25:4,10,14
**nod** 6:9
**nodding** 6:8
**North** 7:18,21,22
**Notary** 1:21 3:21
  3:22 5:3 31:21
  33:7
**NOTED** 30:6
**number** 6:15 8:6
**N.Y** 1:13

---

**O**

**O** 3:2 8:8 31:2
**oath** 31:10
**object** 3:9,13
**Objection** 13:24
  14:16
**occurred** 14:2
**odd** 25:25
**office** 2:11 9:4 11:4
  11:9,16,18,20,24
  17:8 27:18
**Oh** 23:16

okay 5:22 6:5,11
ld 7:7
nce 29:9
opposite 13:14
Order 1:20
original 3:24
originals 16:6
orthopedist 26:13
outcome 33:17
outside 24:14,14
out-of-pocket
  29:19
owners 1:10 2:14
o'clock 8:21

_____

**P**

P 2:2,2 3:2
packed 13:10
PAGE 32:10
pain 18:4 23:6
  24:22 25:16
painkillers 25:3
parked 10:22 11:13
  11:17 13:7
art 18:4 19:17
  28:5

particular 22:14
parties 1:20 3:8 4:9
  33:15
PATRICK 2:11
pavers 15:25
personally 27:16
phonetic 28:24
photograph 9:23
  10:2,5,14 14:24
  15:20 21:18 32:11
  32:12,13
photographs 9:9,13
  10:9,11,18 15:9
  16:16 21:7
physical 28:9,11
picture 14:12
piece 15:22
place 9:5,17 11:21
  13:8,19,23 14:5,8
  14:18 17:5
laced 13:22

Plains 1:8,10 2:12
  2:14,16 10:23
  11:14,17,21 12:23
  13:3,11,16,18,19
  13:22 14:6
plaintiff 1:9,19 2:5
  2:14 15:15
plaintiff's 9:23
  10:2,5,9 12:3,18
  12:23 13:7 14:10
  14:17 15:10 16:17
  16:17,19,20,25
  21:5,13,25 32:10
Plaintiff(s) 1:4
planning 11:2
  25:13
please 5:8,20 9:21
pleasure 30:4
Plumbing 7:16
point 12:7 15:3,16
  16:11 19:13,22
  23:17 27:8
pointed 16:21
pointing 15:19
  16:18 21:13
possible 14:23
post 9:4 11:4,9,16
  11:18,20,24 17:8
PRESENT 2:20
presently 7:11
prevent 29:11
problem 15:4
produced 9:15
provided 3:8 4:3
  16:15
public 1:21 3:21,22
  5:3 29:24 31:21
  33:7
pursuant 1:20
put 12:11 14:23
  15:11 16:20,25
  17:18 24:18 26:16
  26:20

_____

**Q**

question 3:10,13
questions 5:17,20

6:5
_____

**R**

R 2:2 33:2
raining 20:17
reach 12:11
read 21:16 31:9
reading 15:5
really 20:5 29:13
recall 20:8 22:18
  25:8 26:25
recognize 10:12,13
recommended
  26:10
record 5:9 9:19,20
  12:16,17 15:18
  16:7,8 31:12,13
  33:12
red 15:25 22:2,4
referring 22:13
reflect 15:18
regular 26:12
  28:24
reimbursed 29:21
related 33:15
remember 8:17
  22:5 24:24
rent 8:10
Reporter 9:25 10:4
  10:7
represent 5:15
representing 4:11
reserved 3:12,16
reside 5:11
respective 1:20 3:7
  4:8
retire 7:22
retired 7:11
return 3:24
right 3:9 7:12 8:15
  8:16 11:15 12:9
  12:25 13:4,14
  14:3,7,13 15:21
  17:20 19:23 20:16
  21:17 22:9 26:3
  28:16
rights 3:8 4:3

right-hand 13:12
  14:11 15:21
Road 1:8,10 2:6,12
  2:14 5:12 8:2
  10:23 11:14,18,21
  12:23 13:4,11,16
  13:18,22 14:6
Ronkonkoma 23:9
room 24:13,14,16
rubber 21:2
Rule 4:3

_____

**S**

S 2:2 3:2,2 5:2
Sandra 6:22
Santucci 2:5,8 9:14
  9:19 10:15 12:24
  13:24 14:16 15:2
  15:7,13,24 16:5
  16:23 21:10 26:9
saw 27:16,18,20
scene 9:13
security 6:15
see 11:11 13:13
  18:8 20:4 21:14
  22:2,4 27:5,13
seen 27:23 29:5
set 33:11,19
shaking 22:21
shell 29:21
Shnetman 1:3,19
  2:6 5:10,14 6:1,3
  6:23 7:1 8:1 9:1
  10:1 11:1 12:1,18
  13:1 14:1 15:1
  16:1,14 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1,17
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1,8,17 32:1,5
  33:1
shoveled 22:10,13
  22:16
show 10:12 12:19
  14:18 15:15 16:16
  21:5,7

side 13:10,12,15
  14:11 15:21
sidewalk 8:23,25
  9:2 14:2 15:23
  17:8,15 20:4 22:9
Signed 31:18
similar 13:6
single 6:17
sir 30:4
sit 5:16
slip 19:25
slipped 17:14 19:24
  20:2,3
snow 20:7 21:3,8
  21:22,25 22:11
snowed 20:9,11
  22:6
snowing 20:17
social 6:15
soft 26:22,23,24
  27:9
somebody 15:4
  27:18
son 11:5 12:9 23:8
  23:21 24:6,9,15
son's 23:4,14 24:3
  25:11,14
sore 28:17
sorry 6:7
sort 18:19
spell 18:24
spelled 9:17
spend 23:21 25:10
spending 25:13
spot 14:23 15:19
SS 33:3
started 7:15,20
  17:7 22:21 23:19
state 1:2,22 5:4,8
  31:5,21 33:3,8
station 13:2
stay 25:9
STIPULATED 3:6
  3:19 4:7
Stony 24:9,11
stop 15:17 27:8

store 13:15
street 8:24 11:15,18
    12:22 13:6
strike 3:11,13
subscribed 31:18
sudden 17:13
sued 1:10 2:15
suffering 19:7
Suite 2:15
supervising 7:19
SUPREME 1:2
sworn 3:20 5:3
    33:11

_____

T

T 3:2,2 5:2 31:2
    33:2,2
take 6:8 10:18 19:2
    25:2 27:11,17
    28:21 29:24
taken 1:19 24:13
    31:10
talking 30:4
teamsters 7:15
ell 6:5 10:12 18:22
    27:8
terrace 29:18
testified 5:4
testifying 4:12
testimony 3:11,14
    15:13 31:9,12
    33:13
Thank 30:3
therapy 28:10,11
things 14:22
think 15:7 20:5
THOMAS 2:8
three 10:8,11,13
    16:15 27:15
threw 22:22
time 8:19 18:6,17
    20:3,8 22:5 23:19
    27:20 30:6
times 27:13,15
tingle 23:19
told 24:7,13 27:16
otal 27:14

track 13:3
train 13:2,3
transcript 15:5
    31:9,11
trial 1:18 3:16 4:10
true 31:11,14 33:12
TSILOGIANNIS
    2:20
two 10:19 21:7
    23:10 24:13
Tylenol 28:20,22
type 26:21

_____

U

U 3:2
unclear 5:20
underneath 13:2
understand 6:4
    21:10
Union 7:16
unstable 19:5
use 26:24

_____

V

van 13:7
vicinity 14:15
    22:16

_____

W

W 31:2
wait 24:14
waiting 24:14
waiver 3:15 4:3
walked 21:23
walking 17:7,12
    22:8
want 15:2
wasn't 21:11,17
way 12:13 17:22,25
    18:2 19:5 21:8,19
    33:16
wear 25:5 26:18
wearing 20:20,21
    20:23 27:9
weather 20:13
week 25:6 26:2
weeks 26:19

went 7:16,17 10:16
    10:16 17:13,13,14
    22:22,23 25:7
    26:2,19
Westchester 2:15
WHEREOF 33:18
white 1:8,10 2:12
    2:14,16 10:23
    11:14,17,21 12:23
    13:3,7,11,16,18
    13:19,22 14:6
Williamsbridge 2:6
witness 3:21 4:11
    5:22,25 6:6,11
    14:23 15:19 32:4
    33:10,13,18
words 6:10
wore 25:6
working 24:6
wouldn't 15:5
wrong 23:18

_____

X

X 1:3,12 5:2 15:11
    16:4
xerox 14:25
x-ray 24:12 26:17
    27:17
x-rays 24:13

_____

Y

years 19:10 25:25
York 1:2,22 2:7,16
    5:4,12 31:5,21
    33:3,4,8

_____

1

1 9:23 10:9 15:11
    15:15 16:17,19,20
    16:25 21:6,13,25
    32:11
10 32:12,13
10:35 1:15
101W 2:15
10461 2:7
10467 5:13
10469 1:13

10604 2:16
11:15 30:6
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 6:16
1614 2:6
19-O 8:7
1980 6:20 8:13
1997 7:24

_____

2

2 7:16 10:2,10
    14:17 16:17 21:6
    32:12
2004 8:15 27:21
    31:19
2006 1:14 31:11
    33:19
2100 1:8,10 2:12,14
2334 5:12 7:25
27th 33:19
28 1:14 31:11
285-8500 2:16

_____

3

3 10:5,10 12:3,19
    12:23 13:7 14:10
    32:13
3/26/29 6:14
30 32:5
3116 4:3
319-1400 2:7

_____

4

4th 8:18
40 7:8

_____

5

5 32:5

_____

6

60 25:25

_____

7

701 2:15
718 2:7
744 1:13

_____

8

8:00 18:15

_____

9

9 32:11
914 2:16

# LAWYERS NOTES

Line