Exhibit E

AFFIDAVIT OF MAILING

STATE OF NEW YORK
§§:
COUNTY OF WESTCHESTER

    PATRICIA BRENGEL, being duly sworn deposes and says: that she is employed in the **LAW OFFICES OF THOMAS K. MOORE**, is over the age of 18 years and not a party to this action.
    That on, **Friday, May 4, 2007**, she served the annexed:

**STATEMENT PURSUANT TO RULE 3402(b) OF THE C.P.L.R., THIRD PARTY SUMMONS & COMPLAINT, and Exhibits annexed hereto**

RE: **MAX SHNETMAN V. 2100 WHITE PLAINS ROAD, LLC. GALAXY MANAGEMENT, INC. "JOHN DOE", and JANE DOE, INC."** (Said names being fictitious it being the intention of plaintiff to designate any and all owners of 2100 White Plains Road being sued herein), and **2100 WHITE PLAINS ROAD, LLC. and GALAXY MANAGEMENT, INC. v. UNITED STATES OF AMERICA**

UPON:

| | |
|---|---|
| KLEIN CALDERON & SANTUCCI, LLP. | Certified Mail 7001 0320 0005 7345 3752 |
| Attorney for plaintiff, | U.S. DEPARTMENT OF JUSTICE |
| MAX SHNETMAN | Attorneys for United States of America |
| 744 Lydig Avenue | 950 Pennsylvania Avenue, NW |
| Bronx, New York 10462 | Washington, DC 20530-0001 |
| (718) 319-1400 | Attn: Attoney General Alberto R. Gonzales |

by depositing true copies therewith in a Post Office Box regularly maintained by the Government of the United States and under the care of the Postmaster of the County of New York Post Office, New York, enclosed in a securely closed wrapper with the postage prepaid, addressed to said attorneys at the addresses noted above. Those being the addresses designated in the last papers served herein by said attorneys.

*Patricia Brengel*
PATRICIA BRENGEL

Sworn to before me this
Friday, May 4, 2007

_____
RIK A. BACHMAN
*Notary Public, State of New York*
*No.02BA4921946*
*Qualified in Westchester County*
*Commission Expires February 8, 2010*

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Sent To: U.S. Dept of Justice
Street, Apt. No.; or PO Box No. 950 Pennsylvania Av
City, State, ZIP+4: DC 20530-0001

7001 0320 0005 7345 3752

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
Attorneys for United States of America
950 Pennsylvania Ave NW
Washington, D.C. 20530-001
Attn: Alberto R. Gonzales

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: MAY 09 2007

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0005 7345 3752

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------x
MAX SHNETMAN,,

        Plaintiff,

v.

2100 WHITE PLAINS ROAD, LLC, GALAXY MANAGEMENT, INC., "JOHN DOE", and "JANE DOE, INC." (Said names being fictitious it Being the intention of plaintiff to designate any and all owners of 2100 White Plains Road being sued herein),

        Defendants.
---------------------------------------------------------------x

The defendants, third-party plaintiffs, 2100 WHITE PLAINS ROAD, LLC, and GALAXY MANAGEMENT, INC., have impleaded as third-party defendant, the UNITED STATES OF AMERICA.

The title of this action now reads:

Index Number: 18068/04

**AFFIDAVIT OF SERVICE OF THIRD-PARTY SUMMONS AND COMPLAINT**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------x
MAX SHNETMAN,

        Plaintiffs,

v.

2100 WHITE PLAINS ROAD, LLC, GALAXY MANAGEMENT, INC., "JOHN DOE", and "JANE DOE, INC." (Said names being fictitious it Being the intention of plaintiff to designate any and all owners of 2100 White Plains Road being sued herein),

        Defendants,

2100 WHITE PLAINS ROAD, LLC, and GALAXY MANAGEMENT, INC.,

        Third-Party Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Third-Party Defendants,
---------------------------------------------------------------x

Index Number: 18068/04
Third-Party Index Number: [illegible]

RECEIVED
2007 MAY 23 AM 10: 51
COUNTY CLERK
BRONX COUNTY

STATE OF NEW YORK   )
COUNTY OF WESTCHESTER  ) SS:

LAUREEN FITZGERALD, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at 96 Haarlem Avenue, White Plains, NY 10603. That on May 8, 2007, at 12:55 p.m. at 85 Chambers Street, New York, NY, deponent served the within Third-Party Summons & Complaint upon the United States of America, third-party defendant therein named, a governmental body, by delivering thereat a true copy of each to Aretha Charles personally; deponent knew said governmental body so served to be the governmental body described in said third-party summons as said defendant and knew said individual Civil Clerk thereof. Deponent describes the individual served as follows: Female; black skin; black hair; between 21 to 35 years of age; between 5'4" – 5'8" in height; between 131 – 160 lbs. in weight.

Sworn to before me this 23 day of May, 2007

                                                *Laureen Fitzgerald*

*Diana M. Collins*
Notary Public

DIANA M. COLLINS
Notary Public, State of New York
No. 04CO6060725
Qualified in Bronx County
Commission Expires July 2, 20__